# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

HENRY NORRIS WILLIAMS AND
BETTY WILLIAMS

NO.   2019 CW 1121

VERSUS

THE DOW CHEMICAL COMPANY, ET
AL

**AUGUST 26, 2019**

---

In Re:   ExxonMobil   Corporation,   applying   for   supervisory
writs,   18th   Judicial   District   Court,   Parish   of
Iberville, No. 74597.

---

BEFORE:   **HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**STAY DENIED; WRIT DENIED.**

**AHP**
**WIL**

**Higginbotham, J.,** concurs.   The criteria set forth in
**Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia,
Inc.,** 396 So.2d 878 (La. 1981) (per curiam) are not met.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT